IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | CRIM. NO   3:21-318-01(FLW) |
| | * | |
| v. | * | |
| | * | |
| JONAS KNOPF | * | |

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2021-08, this Court finds:

That the Defendant Jonas Knopf has consented to the use of video teleconferencing/ teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and;

That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

1. The ongoing COVID-19 pandemic;

2. Inability to conduct in-person hearing for the foreseeable future pursuant to the Court's Standing Order;

3. Consent of defendant and defendant's desire to proceed with the plea hearing at this time that will permit a prompt resolution of his case.

**Accordingly** :

The proceeding to be held on this date **may be conducted** by Video **Teleconferencing**

Date: April 19, 2021

_____
Counsel for JONAS KNOPF
Paul C. Kingsbery, Esq.

_____
United States District Judge

The Court finds that the arraignment and plea hearing to be held today cannot be further delayed without serious harm to the interests of justice, for the following reasons:

1. To ensure that the Court is not overwhelmed by cases and proceedings at the conclusion of this period of emergency. Currently, District Judges in New Jersey handle a substantially larger docket of cases than Judges in other Districts in the United States. New criminal cases continue to be assigned by the Court during the emergency. The concern of such congestion and the particular harm that likely will be caused by delays in the processing of cases and matters in the future is particularly acute in this emergency, at least given that: (A) it is unknown when this emergency will subside and when the Court will be able to function at normal capacity (including, among other things, the empanelment of trial juries) and (B) this District's pre-existing shortage of District Court Judges which already has challenged the Court's ability to process and resolve cases. This District has six District Judge vacancies: two have recently been filled; one has been pending almost three years; two have been pending for more than a year; and one has been pending almost a year. The Federal Judicial Conference has deemed the District's vacancies judicial emergencies.

2. To permit victim of the offense the ability to obtain a speedy determination of guilt/responsibility for the harm caused to him by the offenders.

3. To permit the defendant to obtain a speedy resolution of his case through a timely arraignment hearing and to afford appropriate bail conditions as well as the ability to negotiate plea resolutions The defendant has asked for this case to be heard today by arraignment.

4. To permit the Government to obtain a resolution of the case so that the Government, already operating in a restricted capacity due to the emergency, may appropriately focus its resources on other, emerging criminal matters. The Government has asked for this case to be seen today for a timely arraignment.